UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler |
| v. | : | Crim. No. 09-697 (SRC) |
| JAMES ARTFICH | : | <u>ORDER</u> |

The Defendant, James Artfitch, having been sentenced in the above-captioned matter on November 28, 2011, and the Court having considered the matter and having heard the arguments of the parties, the Court makes the following findings:

1. The Defendant does not object to the forfeiture of one Dell Dimension_4400 (Serial Number DFNS911) and one Dell Dimension Inspiron 5305 (Serial Number 276MTF1); and

2. The victim's losses were not ascertainable prior to sentencing.

IT IS, therefore, on this 2 day of December 2011,

ORDERED, pursuant to Title 18, United States Code, Section 3664(d)(5), that the date for final determination of the victim's losses shall be February 24, 2012. Counsel for the Government shall submit briefing regarding this matter not later than January 10, 2012. Counsel for the Defendant may submit any reply not later than February 10, 2012; and

ORDERED, pursuant to Title 18, United States Code, Section 2253(a)(3), that the Defendant shall forfeit one Dell Dimension_4400 (Serial Number DFNS911) and one Dell

Dimension Inspiron 5305 (Serial Number 276MTF1).

                                                      HONORABLE STANLEY R. CHESLER
                                                      United States District Judge